UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiff,<br>v.<br><br>JILMA MENESES, in her official capacity as Acting Secretary of the Washington State Department of Social and Health Services; and SUSAN BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | CASE NO. 3:22-cv-05651-RJB<br><br>ORDER RE: DECEMBER 26, 2023 LETTER |

This matter comes before the Court after receipt, on December 26, 2023, of a letter dated December 17, 2023. Dkt. 166. The Court has considered the letter and remaining file.

The Plaintiff in this case seeks declaratory and injunctive relief regarding The Rainier School, a state-run, residential facility for people with intellectual and developmental disabilities. Dkt. 83. It contends that The Rainier School is a dangerous place to live and fails to provide for

ORDER RE: DECEMBER 26, 2023 LETTER - 1

the health and safety of its residents. *Id.* The Plaintiff asserts claims for violations of Title II of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12102, *et. seq.*, and the Rehabilitation Act ("RA"), 29 U.S.C. § 701, *et. seq. Id.*

According to the Amended Complaint, the Plaintiff brings these claims in its representative capacity as the "statewide protection and advocacy system designated by the Governor of the State of Washington to protect and advocate for the legal and civil rights of those residents of this state who have disabilities" pursuant to various federal and state statutes. *Id.* at 4.

On December 26, 2023, the Court received a letter dated December 17, 2023. Dkt. 166. The letter is from Robert C. Doyle, who purports to be the brother and legal guardian of Donald B. Doyle. *Id.* The letter maintains that Donald Doyle is a resident at The Rainier School. *Id.* The letter asks the Court for various kinds of relief, including admonishing Disability Rights Washington for its conduct relating to records requests, dismissal of the case with prejudice, or, if the lawsuit is permitted to continue, to join the lawsuit on behalf of Donald Doyle. *Id.*

**DISCUSSION**

A party may litigate their own case in federal court without a lawyer. 28 U.S.C. § 1654 (in federal courts, "the parties may plead and conduct their own cases personally or by counsel") Guardians cannot bring, or defend, lawsuits on behalf of those they are appointed to represent, like minor children or those deemed incompetent, without hiring a lawyer. *Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997)(guardian or parent cannot bring lawsuit on behalf of minor child without retaining an attorney).

Robert Doyle does not appear to be an attorney admitted before this Court. If he is not an attorney, he cannot conduct this case as an attorney would for Donald Doyle. He is not

permitted to move the Court for relief for Donald Doyle in this case. If Robert Doyle wishes to seek relief for his brother in this case, Donald Doyle must be represented by a lawyer. Accordingly, the letter will remain in the file, but the Court will not act on it.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to Robert Doyle P.O. Box 546, Sedro Wooley, WA, 98284, all counsel of record, and to any party appearing pro se at said party's last known address.

Dated this 28th day of December, 2023.

Robert J. Bryan
United States District Judge

ORDER RE: DECEMBER 26, 2023 LETTER - 3