|  |  |
|---|---|
| DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems, | CASE NO. 3:22-cv-05651-RJB |
| Plaintiff, | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. |  |
| JILMA MENESES, in her official capacity as Acting Secretary of the Washington State Department of Social and Health Services; and SUSAN BIRCH, in her official capacity as Director of the Washington State Health Care Authority, |  |
| Defendant. |  |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

This matter comes before the Court on the parties' Joint Stipulation of Dismissal of Plaintiff's Claims (Dkt. 189) which should be considered a joint stipulated motion to dismiss the Plaintiff's claims. The Court has considered the pleadings filed regarding the motion and the remaining file.

In accordance with the parties' motion (Dkt. 189), the Plaintiff's claims should be dismissed without prejudice.  The Defendants do not assert any counter claims or cross claims.  Dkts. 85 and 86.  The pending Motion to Compel (Dkt. 177) should be denied without prejudice.  This case should be closed.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 25th day of March, 2024.

*[signature]*

ROBERT J. BRYAN
United States District Judge